**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **EDWIN BUNDOO,,** )<br>)<br>Plaintiff )<br>)  **Case No.: 1:16-cv-02997-ELH**<br>v. )<br>)<br>**RECEIVABLES PERFORMANCE** )<br>**MANAGEMENT,** )<br>Defendant )<br>) | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days. Plaintiff asks that this notice serve as the status report due to this Honorable Court on this day, pursuant to this Honorable Court's November 16, 2016 Order. See Docket No. 10.

Dated: March 17, 2017  BY: */s/ Amy L. Bennecoff Ginsburg*
 Amy L. Bennecoff Ginsburg, Esquire
 Kimmel & Silverman, P.C.
 30 E. Butler Avenue
 Ambler, PA 19002
 Phone: (215) 540-8888
 Facsimile: (877) 788-2864
 Email: aginsburg@creditlaw.com
 Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2017, a true and correct copy of the foregoing pleading was served via ECF to the below:

Richard E Hagerty, Esq.
Troutman Sanders LLP
1850 Towers Crescent Plaza
Suite 500
Tysons Corner, VA 22182
Phone: 17037344326
17034486520 (fax)
Email: richard.hagerty@troutmansanders.com

John Curtis Lynch, Esq.
Troutman Sanders LLP
222 Central Park Ave Ste 2000
Virginia Beach, VA 23462
Phone: 17576877765
17576871504 (fax)
Email: john.lynch@troutmansanders.com

Carlos Andres Uria, Esq.
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004
Phone: 202-662-2019
202-274-2994 (fax)
Email: andy.uria@troutmansanders.com

BY: */s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff